| VIN 1 | VIN 2 | ODOMETER | ODOMETER DATE | TITLE# |
|---|---|---|---|---|
| 5ZT2AVXB6FB907647 | | 0 EXEMPT | | A153036871 |

| YEAR | MAKE | BODY | MODEL | WEIGHT | W | PRINT DATE | ISSUE DATE |
|---|---|---|---|---|---|---|---|
| 2015 | FRRV | | | 32 | | 05/25/2024 | 05/24/2024 |

OWNER'S NAME AND ADDRESS

TRACEY LEE FUNK
MICAH LEIGH FUNK

3717 N 2481 E
TWIN FALLS ID 83301-5566

ITD 3517 (Rev. 03-23)
Supply # 018755298

## Assignment of Title

Warning: It is a felony to enter a false selling price, name, or address, or to alter or forge this document. Federal and State laws require you to state the mileage when transferring motor vehicle ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

**Odometer Reading** - Reading is actual unless indicated otherwise

1. (No tenths) _____   Reading Date _____
   ☐ In Excess of Mechanical Limits   ☐ Exempt
   ☐ Not Actual - **Warning: Odometer Discrepancy**   ☐ No Device

2. Date Sold _____   Selling Price (See warning above) _____

3. Seller's or Representative's Printed Name(s)

4. I certify, to the best of my knowledge, that the odometer reading reflects the actual mileage, unless otherwise indicated. I also hereby transfer ownership to the named purchaser. I realize I must file a release of liability statement within five days of delivering the vehicle to the purchaser.

   Seller's or Representative's Signature
   A X
   B X

5. 1st Purchaser's Printed Full Legal Name / Idaho Driver's License No. or SSN; EIN if Business
   A
   2nd Purchaser's Printed Full Legal Name / Idaho Driver's License No. or SSN; EIN if Business
   B

6. Mailing Address and Physical Address (if different)

7. City _____ State _____ Zip _____

8. If I apply for title in Idaho, I know I must do so within 30 days of purchase or a $20.00 late filing penalty will be due. I am aware of the odometer certification made by the seller.

   1st Purchaser's Signature (or Representative's Signature)
   A X
   2nd Purchaser's Signature (or Representative's Printed Name)
   B X

### Lienholder Section

**First Lien**

IDAHO CENTRAL CREDIT UNION
PO BOX 2469
POCATELLO ID 83206-2469

03/23/2016

9. Signature Releasing Lien _____ Date _____
   X

**Second Lien**

10. Signature Releasing Lien _____ Date _____
    X

11. New Lienholder's Name / EIN (Use Idaho driver's license # or SSN if individual)

12. Mailing Address

13. City _____ State _____ Zip _____

VOID IF ALTERED